IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC., and THE BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>PARSE BIOSCIENCES, INC.,<br><br>Defendant. | CIVIL ACTION<br>NO. 22-1117 |

## ORDER

**AND NOW**, this 1st day of May 2023, upon consideration of the letter from Brian E. Farnan, Esquire, counsel for Defendant, dated April 26, 2023 (Doc. No. 60), and the letter from Karen Jacobs, Esquire, counsel for Plaintiffs, dated April 26, 2023 (Doc. No. 61), it is **ORDERED** as follows:

1. The Order dated April 27, 2023 (Doc. No. 63) is **VACATED.**

2. A telephone conference with counsel for the parties will be held on **May 3, 2023 at 4:00 p.m.** Counsel shall initiate the call to Chambers at (888) 557-8511 and use access code 6443405.

BY THE COURT:

/s/Joel H. Slomsky, J.
_____
JOEL H. SLOMSKY, J.