# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC., and THE BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY,<br><br>            Plaintiffs,<br><br>  v.<br><br>PARSE BIOSCIENCES, INC.,<br><br>            Defendant, | C.A. No. 22-cv-1117-JHS<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT PARSE BIOSCIENCES, INC.'S MOTION TO STAY PENDING INTER PARTES REVIEW

Defendant Parse Biosciences, Inc. ("Parse"), respectfully moves for an order staying the above-captioned action pending resolution of *inter partes* review ("IPR") proceedings before the Patent Trial and Appeal Board ("PTAB"). The grounds for this Motion are fully set forth in the accompanying opening brief.

1

Dated: November 6, 2023                                Respectfully submitted,

                                                       FARNAN LLP

                                                       */s/ Michael J. Farnan*
                                                       Brian E. Farnan (Bar No. 4089)
                                                       Michael J. Farnan (Bar No. 5165)
                                                       919 North Market St., 12th Floor
                                                       Wilmington, DE 19801
                                                       Tel: (302) 777-0300
                                                       Fax: (302) 777-0301
                                                       bfarnan@farnanlaw.com
                                                       mfarnan@farnanlaw.com

                                                       Edward R. Reines (admitted *pro hac vice*)
                                                       Derek C. Walter (admitted *pro hac vice*)
                                                       Gregg T. Stephenson (admitted *pro hac vice*)
                                                       WEIL, GOTSHAL & MANGES LLP
                                                       201 Redwood Shores Parkway
                                                       Redwood Shores, CA 94065
                                                       Tel: (650) 802-3000
                                                       Fax: (650) 802-3100
                                                       edward.reines@weil.com
                                                       derek.walter@weil.com
                                                       gregg.stephenson@weil.com

                                                       W. Sutton Ansley (admitted *pro hac vice*)
                                                       WEIL, GOTSHAL & MANGES LLP
                                                       2001 M Street, NW, Suite 600
                                                       Washington, DC 20036
                                                       sutton.ansley@weil.com

                                                       *Attorneys for Defendant*
                                                       *Parse Biosciences, Inc.*