IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 10X GENOMICS, INC. and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY | ) | |
| Plaintiffs, | ) | C.A. No. 22-1117 (JHS) |
| v. | ) | |
| PARSE BIOSCIENCES, INC., | ) | |
| Defendant. | ) | |

**CONSENT JUDGMENT AND PERMANENT INJUNCTION**
**FOR THE GIRESI PATENTS**

WHEREAS, Plaintiffs 10x Genomics, Inc. and the Board of Trustees of the Leland Stanford Junior University (collectively, "10x") brought this suit against Defendant Parse Biosciences, Inc. ("Parse") for infringement of the asserted claims of U.S. Patent Nos. 10,150,995; 10,619,207; and 10,738,357 (collectively, "the Giresi Patents");

WHEREAS, for the Giresi Patents, 10x's May 13, 2024 infringement contentions accuse (1) Parse's unauthorized making and using of methods and compositions within the scope of the Giresi Patents for single cell assays for transposase-accessible chromatin by sequencing ("ATAC-seq," such method and compositions respectively "ATAC-seq Methods" and "ATAC-seq Compositions"); and (2) Parse's anticipated unauthorized manufacture, use, sale, offer for sale, and/or importation of certain products ("ATAC-seq Products")—including, and without limitation, reagents, other consumables, data analysis software, technical brochures, instructional information, dataset examples, tutorials, and/or support suite information—that would contribute to and/or induce Parse's customers to infringe the Giresi Patents;

WHEREAS, Parse wishes to conclude this litigation as to the Giresi Patents without contesting infringement, validity, or enforceability of any claims of the Giresi Patents; and

WHEREAS, the parties hereby agree to entry of this Consent Judgment and Permanent Injunction, subject to the approval of the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED, ORDERED, AND ADJUDGED:

1. With respect to the Giresi Patents, the following paragraphs (a)-(m) set forth below stating the terms of a Consent Judgment and Permanent Injunction shall apply:

a. This is an action for patent infringement under the patent laws of the United States, Title 35 of the United States Code.

b. This Court has jurisdiction over Parse and the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a). Venue is proper in this Court pursuant to 28 U.S.C § 1400(b) as to Parse.

c. The Board of Trustees of the Leland Stanford Junior University is the owner of all right, title, and interest in and to the Giresi Patents.

d. 10x Genomics Inc. is the exclusive licensee of the Giresi Patents, including the right to sue for acts of infringement and to recover damages.

e. Parse does not contest that all of the asserted claims of the Giresi Patents are valid, enforceable, and infringed by Parse through its prior using of the ATAC-seq Methods and making and using of the ATAC-seq Compositions and that the asserted claims of the Giresi Patents would be infringed by Parse to the extent Parse were to manufacture, use, sell, offer to sell, or import into the United States ATAC-seq Products, and that the manufacture, use, sale, offer to sell, or importation of ATAC-

seq Products by Parse would induce or contribute to the infringement by third parties.

f. All affirmative defenses, claims, and counterclaims, which have been or could have been raised by Parse in this action with respect to the Giresi Patents are dismissed with prejudice. For avoidance of doubt, Counterclaims Four, Five, Six, Ten, Eleven, and Twelve of Parse's Counterclaims (D.I. 84) are dismissed with prejudice.

g. Except as otherwise authorized or licensed by 10x, Parse and its subsidiaries, affiliates, officers, directors, agents, servants, employees, successors, and assignees, and all other persons and organizations in active concert or participation with any of the foregoing, are hereby enjoined and estopped during the term of the Giresi Patents from making any challenge to the validity or enforceability of the Giresi Patents or asserting that Parse would not infringe, directly or indirectly, any of the claims of the Giresi Patents by making, using, selling, or offering for sale in the United States, or encouraging, instructing, suggesting, or inducing others to make, use, sell, or offer to sell in the United States, or assisting, aiding, or abetting any other person or business entity in the United States, or import into the United States any ATAC-seq Methods, ATAC-seq Compositions, or ATAC-seq Products, or any other method, composition, or product that is not colorably different from the ATAC-seq Methods, ATAC-seq Compositions, or ATAC-seq Products.

h. Effective as of the date this Consent Judgment and Permanent Injunction is entered by the Court, Parse and its subsidiaries, affiliates, officers, directors, agents, servants, employees, successors, and assignees, and all other persons and

organizations in active concert or participation with any of the foregoing, are permanently enjoined and restrained from making, using, selling, or offering for sale in the United States, or encouraging, instructing, suggesting, or inducing others to make, use, sell, or offer to sell in the United States, or assisting, aiding, or abetting any other person or business entity in the United States, or import into the United States during the remaining term of the Giresi Patents any ATAC-seq Methods, ATAC-seq Compositions, or ATAC-seq Products, or any other method, composition, or product that is not colorably different from the ATAC-seq Methods, ATAC-seq Compositions, or ATAC-seq Products and thus falls within the scope of at least one claim of the Giresi Patents.

i. Plaintiffs agree that in view of this Consent Judgment and Permanent Injunction and Parse's payment of $150,000 U.S. Dollars, their claim for past damages based on any infringement by Parse of the Giresi Patents is moot and that they shall not seek any additional damages for any past infringement of the Giresi Patents so long as Parse complies with this Consent Judgment and Permanent Injunction.

j. 10x and Parse shall bear their own costs and attorney fees as to the Giresi Patents.

k. This Consent Judgment and Permanent Injunction constitutes a final judgment regarding the Giresi Patents.

l. Parse waives any right to appeal from this Consent Judgment and Permanent Injunction regarding the Giresi Patents.

m. Nothing in this Consent Judgment and Permanent Injunction bars Parse from developing and/or commercializing methods or products that do not fall within the scope of any claim of the Giresi Patents.

n. Nothing contained in this Consent Judgement and Permanent Injunction has any impact on the First, Second, and Third Causes of Action in 10x's Complaint (D.I. 1) or Counterclaims One, Two, Three, Seven, Eight and Nine of Parse's Counterclaims (D.I. 84).

Agreed to:

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*

Karen Jacobs (#2881)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com
cclark@morrisnichols.com

OF COUNSEL:
Nicholas Groombridge
Jennifer H. Wu
Josephine Young
Jennifer Rea Deneault
Peter Sandel
Naz Wehrli
Joshua Reich
Jacob Berman
Nisha Gera
Chih-wei Wu
Chieh-Ming "Ben" Hsu
GROOMBRIDGE, WU,
BAUGHMAN & STONE LLP
565 Fifth Avenue, Suite 2900
New York, New York 10017
332-269-0030

Reginald Lucas
Philip S. May
Alyssa B. Ertel
GROOMBRIDGE, WU,
BAUGHMAN & STONE LLP
801 17th St NW, Suite 1050
Washington, DC 20006
202-505-5830

*Attorneys for 10x Genomics, Inc. and The Board of Trustees of the Leland Stanford Junior University*

Dated: February 24, 2025

FARNAN LLP

*/s/ Brian E. Farnan*

Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
FARNAN LLP
919 North Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

OF COUNSEL:
Edward R. Reines (admitted pro hac vice)
Derek C. Walter (admitted pro hac vice)
Gregg T. Stephenson (admitted pro hac vice)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000
Fax: (650) 802-3100
edward.reines@weil.com
derek.walter@weil.com
gregg.stephenson@weil.com

W. Sutton Ansley
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Tel: (202) 682-7000
Fax: (202) 857-0940
sutton.ansely@weil.com

*Attorneys for Defendant Parse Biosciences, Inc.*

**SO ORDERED** this 25th day of February, 2025

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.